UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCAUREL A. PIERRE,
    Plaintiff,

vs.                                                    Case No.:  3:23cv24013/LAC/ZCB

COREY JOHNSON,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 22, 2024.  (Doc. 35).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 35) is adopted and incorporated by reference in this order.

1

2. Defendant's motion to dismiss (Doc. 28) is **GRANTED** with respect to Plaintiff's request for injunctive relief and **DENIED** with respect to Plaintiff's request for punitive damages.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 6th day of September, 2024.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**