United States District Court
Northern District of Florida
Pensacola Division

Marcaurel A. Pierre
DC#X90353
                Plaintiff

v.

Corey Johnson
                Defendant

Case No: 3:23-cv-24013-LC-ZCB

## Respond to Defendants Motion for Partial Summary Judgement

On 10/13/2020 Defendant Corey Johnson closed my right hand in the cell door food flap breaking 3 fingers on my right hand and left my hand closed in the flap for 30 minutes and also waited 2 hours before getting me medicle attention.

(1.) Due to my hand closed in the flap and 3 fingers broken anybody in their right mind knows this is a "Serious Medicle Need"

(2.) Defendant knew that my serious medicle need posed a risk of serious harm because my hand that he closed in the flap was left there by him for 30 minutes with 3 fingers broken

PG #1

(3.) Defendant failed to get me necessary medicle care to my serious medicle need in deliberate indifference to the risk of serious harm wherein he left my hand with 3 broken fingers closed in the food flap for 30 minutes; then waited 2 hours before getting me seen by medicle forcing me to suffer serious pain

(4.) My injuries (i.e. 3 broken fingers) was caused by defendants conduct because defendant Corey Johnson is the person closed my hand in the food flap and broke my fingers from the start.

My 3 broken fingers were so obvious that even a lay person would easily recognize the necessity of a doctors attention and wouldnt have left my hand closed in the flap nor waited 2 hours before getting me any medicle attention.

Defendants state of mind was beyond neglect he was acting with evil intent forcing me to sit 30 minutes with my hand closed in the flap suffering wanton and unecessary infliction of pain with 3 broken fingers that he broke; then waited 2 hours before getting me medicle attention.

Evidence! Audio; video footage from the dorm on this day; time upon discovery as well as medicle records which will prove my injury upon discovery but I am denied such material evidence due to my indigency.

Based on these facts defendant Corey Johnson was subjectively aware that his own conduct caused my injuries (i.e. broken fingers); acted recklessly from the time he closed my hand in the food flap to how long he left my hand closed in the food flap, to how long he waited to get me medicle attention.

PG #2

## "Certificate of Service: Oath"

I hereby certify, under penalty of perjury per 28 U.S.C. §1746, that the foregoing is true, correct, & complete.

I further certify, that I placed the foregoing into the hands of legal mail official here at Jackson C.I. to be processed by 1st class U.S.P.S. mail to be served upon addressee's:

    Clerk of Court
    1 N. Palafox Street
    Pensacola, FL 32502

Date 2/17/2025 A.D.

/s/ [signature]
Petitioner

PROVIDED TO
JACKSON C.I. ON
FEB 1 8 2025
FOR MAILING TD MP

PG. #3

Florida Department of Corrections
Radiology Request Form

# Radiology
C# 33524724

PLEASE WRITE LEGIBLY

| In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic | List allergies: |
|---|---|
| (R) Hand Injury<br>(L) Femur Injury | NKDA |

☒ Ambulatory  ☐ Portable  ☐ Stretcher  ☐ Wheelchair

Physician Name (Print) and Name Stamp: WB Garrett     B. Garrett, APRN  Santa Rosa CI / Annex

Date of Request: 10/20/20

| X-RAYS | | MRI SCANS | ULTRASOUNDS |
|---|---|---|---|
| ☐ Ankle R ☐ L ☐ | ☐ Shoulder R ☐ L ☐ | ☐ Cervical Spine | ☐ Abdomen complete |
| ☐ Cervical Spine | ☐ Sinuses | ☐ Head/Brain Stem | ☐ Breast |
| ☐ C. Spine, complete | ☐ Skull | ☐ Hip R ☐ L ☐ | ☐ Gallbladder |
| ☐ Chest | ☐ Sternum | ☐ Lower Ext, any joint R ☐ L ☐ | ☐ Inguinal Area |
| ☐ Chest, PA and LAT | ☐ T. M. Joints | ☐ Lower Ext, no joint R ☐ L ☐ | ☐ Liver |
| ☐ Chest PPD | ☐ Thoracic Spine | ☐ Lumbar Spine | ☐ Lower Ext. R ☐ L ☐ |
| ☐ Clavicle R ☐ L ☐ | ☐ Tibia & Fibula R ☐ L ☐ | ☐ Neck | ☐ Neck/Soft Tissue/Thyroid |
| ☐ Coccyx | ☐ Wrist R ☐ L ☐ | ☐ Pelvis | ☐ Paracentesis |
| ☐ Cystogram | **FLUOROSCOPY** | ☐ Thoracic Spine | ☐ Pelvis |
| ☐ Elbow R ☐ L ☐ | ☐ Arthrogram [ ] | ☐ Upper Ext, any joint R ☐ L ☐ | ☐ Renal |
| ☐ Facial Bones | ☐ Barium Enema | ☐ Upper Ext, no joint R ☐ L ☐ | ☐ Scrotum |
| ☐ Femur R ☐ L☒ | ☐ Cystogram | | ☐ Thoracentesis |
| ☐ Fingers R☒ L ☐ | ☐ Esophagram | | ☐ Upper Ext. R ☐ L ☐ |
| ☐ Foot R ☐ L ☐ | ☐ I.V. Pyelogram | | |
| ☐ Forearm R ☐ L ☐ | ☐ Lumbar Puncture | | **VASCULAR STUDY** |
| ☐ Hand R ☐ L ☐ | ☐ Myelogram [ ] | | ☐ Abdominal Aorta |
| ☐ Hip R ☐ L ☐ | ☐ Venogram R ☐ L ☐ | **NUCLEAR MEDICINE** | ☐ Abdominal Aorta with doppler |
| ☐ Humerus R ☐ L ☐ | ☐ U. G. I. Series | ☐ Bone 3 Phase - Infection | ☐ Arterial Doppler, Lower Ext R ☐ L ☐ |
| ☐ Knee R ☐ L ☐ | ☐ U. G. I. and Small Bowel | ☐ Bone (Whole Body) | ☐ Arterial Doppler, Upper Ext R ☐ L ☐ |
| ☐ KUB | **CAT SCANS** | ☐ Cardiac - MUGA | ☐ Carotid Duplex |
| ☐ KUB and UPT | ☐ Abdomen | ☐ Cardiac -Stress | ☐ Dialysis Graph Duplex R ☐ L ☐ |
| ☐ Lumbar Spine | ☐ Cervical Spine | ☐ Ceretec - Infection (labeled WBC) | ☐ Vein Mapping for Dialysis R ☐ L ☐ |
| ☐ L Spine, complete | ☐ Chest | ☐ Gallbladder (CCK) | ☐ Venous Duplex Lower Ext R ☐ L ☐ |
| ☐ Mandible | ☐ Facial/TMJ | ☐ Gallbladder (HIDA) | ☐ Venous Duplex Upper Ext R ☐ L ☐ |
| ☐ Nasal Bones | ☐ Head | ☐ Gallium | |
| ☐ Orbits | ☐ Lower Ext. R ☐ L ☐ | ☐ Liver/Spleen | **Exams not mentioned above:** |
| ☐ Os Calcis R ☐ L ☐ | ☐ Lumbar Spine | ☐ Pulmonary V/Q | |
| ☐ Pelvis | ☐ Orbit | ☐ Renal | |
| ☐ Ribs R ☐ L ☐ | ☐ Pelvis | ☐ Thyroid and Uptake | |
| ☐ Sacrum | ☐ Soft Tissue Neck | ☐ Thyroid - Parathyroid | |
| ☐ Scapula | ☐ Thoracic Spine | ☐ Gallbladder (CCK) | |
| ☐ Scoliosis Series | ☐ Upper Ext. R ☐ L ☐ | | |

Date Performed: 10-20-2020     Time Performed: 555

Where Performed: _____     Technologist Name/stamp: _____

Is permanent camp a private institution? No ☐ Yes ☐
Clinic/hospital room number _____

INMATE NAME: Pierre Marcaurel
DC#: X90353   Race/Sex: BM
DATE OF BIRTH: _____
INSTITUTION: _____

DC4-705D (Issued 4/3/12)

# TridentCare IMAGING℠

SOUTH EAST REGION
4400 140TH AVE
CLEARWATER, FL 33760
(800) 940-0389

**9944-SANTA ROSA CI**
5850 EAST MILTON ROAD
MILTON, FL 325837914

| | | | |
|---|---|---|---|
| **Claim Number:** | 33524724 | **Client Order #** | |
| **Date of Service:** | 10/20/2020 | **MRN** | X90353 |
| **Patient Name:** | PIERRE, MARCAUREL | **DOB:** | 07/20/1969   **Gender** M |
| | | **Room::** | |
| **Ordering Provider:** | DEBRA A FICKLING, FNP - (NPI: 1184196669) | | |
| **Interpreting Physician:** | PRAKASH N PATEL, MD - (NPI: 1639148729) | | |
| **Report Date:** | 10/20/2020 7:47:32 PM | | |

## RADIOLOGY REPORT

FEMUR MIN 2 VIEWS, LEFT

Results: There is no evidence of a fracture, dislocation or destructive bony process. The surrounding soft tissues have a normal appearance. no significant osteoarthritic changes seen at the hip joint and in the joint.

Conclusion: Negative exam.

Electronically signed by PRAKASH N PATEL, M.D. 10/20/2020 7:47:32 PM EDT.

HAND MINIMUM 3 VIEWS, RIGHT

Comparison: Please see the body of the report for the comparison date.

Results: Comparison 7/23/2019. There are comminuted nondisplaced fracture of the tuft of the distal phalanx of the third and the fourth finger. No significant callus formation noted and the fracture appears recent. no additional fractures seen. There is no dislocation. Rest of the study is negative.

Conclusion: Comminuted nondisplaced acute fracture of the tuft of the distal phalanx of the third and the fourth finger.

Electronically signed by PRAKASH N PATEL, M.D. 10/20/2020 7:47:32 PM EDT.

*ALERT*

WBG
10/21/20
GWB3

ENTERED  By deputy clerk

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*   Page 1 of 1

MARCAUREl A. PiERRE
Jackson C.I
5563 10 St
malone FL, 32445

Mailed from a State Correctional Institution
19 FEB 2025

US POSTAGE PITNEY BOWES
ZIP 32445 $000.69
02 4W
0000380860 FEB 18 2025

FEB 0 5 2025

CIERK U.S. DistRict
court one north PALAfox
street PENSACOL, FL
32502-5658