IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARCAUREL A. PIERRE,**
**DC# X90353,**

    **Plaintiff,**

v.   Case No.: 3:23-cv-24013-LC-ZCB

**COREY JOHNSON**

    **Defendant.**
_____/

## MOTION FOR SETTLEMENT CONFERENCE

**Defendant Corey Johnson** moves this Court to order a Settlement Conference before a Magistrate Judge.

1. Plaintiff is a *pro se* inmate in the custody of the Florida Department of Corrections ("FDC"), incarcerated at Jackson Correctional Institution in Malone, Florida.

2. On August 30, 2023, Plaintiff filed a 42 U.S.C. §1983 civil rights complaint. (Doc. 1). Plaintiff is proceeding on an Amended Complaint which was filed on November 2, 2023. (Doc. 6).

3. On December 23, 2024, Defendant filed a Motion for Partial Summary Judgment. (Doc. 57). The Motion is currently pending.

1

4. Defendant has made a good-faith effort to negotiate a settlement with Plaintiff without the Court's intervention to avoid needless expenditure of time and resources by the Parties or the Court which would otherwise be required.

5. On January 17, 2025, undersigned counsel had a telephonic conference with Plaintiff to discuss the possibility of settlement. Plaintiff's primary language is Creole and the language barrier prevented any substantive discussion between the Parties.

6. On February 14, 2025, undersigned counsel had a second telephonic conference with Plaintiff to discuss settlement with a Creole interpreter present. Plaintiff was not responsive to Defendant's offers and the Parties were unsuccessful in reaching an agreement after an hour-long call.

7. Given that the outcome of the Motion for Partial Summary Judgment will not be dispositive of the case, Defendant believes that it is appropriate and would be beneficial to refer the case to a Magistrate Judge for an early settlement conference with a Creole interpreter present.

8. The assignment of a Magistrate Judge to facilitate an early settlement conference will provide the benefit of a neutral third party and may help to efficiently resolve the case prior to the expenditure of additional time and resources on the case.

9. If this Court refers the settlement conference to a different Magistrate Judge than the one currently assigned, Defendant requests that the settlement conference take place in person in Tallahassee.

10. Conducting the settlement conference in Tallahassee would minimize the expenditure of resources and costs for both parties. *See* Fed. R. Civ. P. 1 (stating that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

11. Undersigned counsel and the assigned adjuster from the Division of Risk Management are both located in Tallahassee.

12. Moreover, Plaintiff is currently incarcerated at Jackson Correctional Institution which is closer to the Tallahassee Division than to the Pensacola Division. Thus, it is more logistically efficient for the Florida Department of Corrections to transport Plaintiff to Tallahassee.

13. In the alternative, Defendant requests that the settlement conference be conducted remotely by Zoom video conferencing. *See* 42 U.S.C. 1997e(f) (providing that pretrial proceedings in which a prisoner's participation is required shall be conducted by remote means to the extent practicable).

14. Undersigned counsel notified Plaintiff during the February 14, 2025, telephonic conference that if no agreement was reached, undersigned counsel would file a

motion for early settlement conference. Plaintiff responded that he was prepared to go to trial.

15. This Motion is made in good faith and not for purpose of delay.

**WHEREFORE**, Defendant respectfully requests the Court enter an Order assigning a Magistrate Judge for an early settlement conference.

Respectfully submitted,

**JAMES UTHMEIER**
ATTORNEY GENERAL

*/s/ Juanita Villalpando*
Juanita Villalpando, Esq.
Assistant Attorney General
Florida Bar No.: 1036083
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Juanita.Villalpando@myfloridalegal.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Motion for Settlement Conference* was electronically filed with the Clerk of Court using CM/ECF, and furnished by U. S. Mail to: Marcaurel Pierre, DC# X90353, Jackson Correctional Institution, 5563 10th Street, Malone, Florida 32445-3144 on March 3, 2025.

*/s/ Juanita Villalpando*
Juanita Villalpando