# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MARCAUREL A. PIERRE ,
    Plaintiff,

    vs.                        CASE NO. 3:23cv24013/LAC/ZCB

COREY JOHNSON ,
    Defendants.

_____/

## **O R D E R**

Defendant Corey Johnson's Motion for Settlement Conference (Doc. 62) is **GRANTED.**  This matter is referred for a Settlement Conference before Magistrate Judge Charles A. Stampelos.  The conference must be completed by April 15, 2025.  Within seven (7) days from the date of this Order, Counsel for Defendant is directed to email Jeanne Murray at **Jeanne_Murray@flnd.uscourts.gov** and provide three dates when counsel, the Risk Management representative, and an interpreter for Plaintiff are available to attend the conference.

    **ORDERED** on this 5th day of March, 2025.

                s/ *L. A. Collier*
                Lacey A. Collier
           Senior United States District Judge